HENRY YOOS, JR., an Infant, by HENRY YOOS, His Guardian ad Litem, Respondent, *v.* THIRD AVENUE RAILWAY COMPANY, Appellant.

*Appeal — motion to dismiss as frivolous denied.*

Reported below, 197 App. Div. 936.

(Submitted January 30, 1922; decided February 3, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous.

*Milton Speiser* for motion.

*Alfred T. Davison* opposed.

Motion denied, with ten dollars costs.